1
2
3
4
5
6
7
8            **IN THE UNITED STATES DISTRICT COURT FOR THE**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11    **ENRIQUE ACOSTA DELGADO,**        )   **CV F 99-6547 AWI LJO HC**
                                          )
12                    **Petitioner,**     )   **ORDER REFERRING ACTION**
                                          )   **TO MAGISTRATE JUDGE**
13            **v.**                      )   **AFTER REVERSAL AND**
                                          )   **REMAND**
14    **IMMIGRATION AND**                 )
      **NATURALIZATION SERVICE,**         )
15                                        )
                      **Respondent.**     )
16    _____)

17

18        In this action Petitioner challenged his detention by the Immigration and Naturalization

19    Service (INS) pursuant to 28 U.S.C. § 2241.   The court dismissed this action.   On appeal, the

20    Ninth Circuit Court of Appeals reversed and remanded.    Based on the Ninth Circuit's order this

21    action is REFERRED to the Magistrate Judge pursuant to Local Rule 72-302(c)(17) to issue a

22    scheduling order and for all other pre-trial proceedings within the meaning of Local Rule 72-304.

23

24    IT IS SO ORDERED.

25    **Dated:   December 5, 2005**              _____/s/ Anthony W. Ishii_____
      0m8i78                                     UNITED STATES DISTRICT JUDGE
26

27

28